## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

In re Kevin P. Eaton                              )
Serial No. 11/145,716                            )        Appeal No. 2013-
Filed: June 6, 2005                              )
For:   TREATMENT OF DERMATOLOGICAL               )
       CONDITIONS                                )

## NOTICE FORWARDING CERTIFIED LIST

A notice of appeal to the United States Court of Appeals for the Federal Circuit

was timely filed on October 26, 2012, in the United States Patent and Trademark Office

in connection with the above-identified patent application.  Under 35 U.S.C. § 143 and

Federal Circuit Rule 17(b)(1), a certified list is being forwarded to the Federal Circuit.

If a copy of the notice of appeal and the docketing fee of $450.00 has not been

filed with the Federal Circuit, appellant is reminded that a copy of the notice and the

docketing fee should be promptly filed with the Federal Circuit.

Ms. Mary L. Kelly is representing the Director in this appeal.  Appellant must

contact Ms. Kelly at (571) 272-9035 to arrange for designating the record.

Deliver all papers served on the Solicitor in connection with this appeal as

follows:

| | |
|---|---|
| By hand to: | Office of the Solicitor<br>600 Dulany Street<br>Madison West - Room 08C43<br>Alexandria, Virginia |
| By mail to: | U.S. Patent and Trademark Office<br>Office of the Solicitor<br>Mail Stop 8, P.O. Box 1450<br>Alexandria, VA 22313-1450 |

Respectfully submitted,

David J. Kappos
Under Secretary of Commerce for
Intellectual Property and Director of
the United States Patent and Trademark Office

Date: December 5, 2012     By: Macia L. Fletcher

Macia L. Fletcher
Paralegal Specialist
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313-1450
571-272-9035



## KLEMCHUK KUBASTA LLP
### INTELLECTUAL PROPERTY ATTORNEYS

Casey L. Griffith
214.367.6000 tel
214.367.6001 fax
casey.griffith@kk-llp.com

October 26, 2012

**USPS Express Mail: EO 922 995 374 US**

Office of the General Counsel
MAIL STOP: 8
Director of U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

**Re:**   *Notice of Appeal to U.S. Court of Appeals for the Federal Circuit*
         *U.S. Patent Application No. 11/145,716; Appeal 2011-013161; TC 1600*

Dear Sir or Madam:

Enclosed is a Notice of Appeal from a decision of the Board of Patent Appeals and Interferences on a Request for Rehearing. Also enclosed is a copy of the Notice of Appeal as filed with the Federal Circuit and a copy of the Decision on request for Rehearing.

If you have any questions or need anything further, please do not hesitate to contact me, or my assistant, Claudia Alvarado.

Sincerely,

Casey L. Griffith

CLG/csa

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BOARD OF PATENT APPEALS AND INTERFERENCES

---

*Ex Parte* KEVIN P. EATON

---

Appeal 2011-013161
Application 11/145,716
Technology 1600

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Petitioner, Kevin P. Eaton, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Board's Decision on Request for Rehearing wherein it denied Petitioner's rehearing of the Decision of Appeal entered June 20, 2012. The Board's Decision on Request for Rehearing has a Mail Date of August 27, 2012.

/s/ Casey L. Griffith
Casey L. Griffith
Attorney for Petitioner

KLEMCHUK KUBASTA LLP
Campbell Centre II
8150 N Central Expressway, 10th Floor
Dallas, TX 75206
214-367-6000 (Tel)
214-764-8389 (Fax)
Email: ipdocketing@kk-llp.com
USPTO Customer No. 41804

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the attached Notice of Appeal has been served to the Office of the General Counsel for the Director of the U.S. Patent and Trademark Office on October 26, 2012 via USPS Express Mail, postage prepaid, to:

Office of the General Counsel
MAIL STOP: 8
Director of The U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

October 26, 2012
Date

Claudia S. Alvarado





**KLEMCHUK KUBASTA** LLP
INTELLECTUAL PROPERTY ATTORNEYS

Casey L. Griffith
214.367.6000 tel
214.367.6001 fax
casey.griffith@kk-llp.com

October 26, 2012

**VIA FEDERAL EXPRESS MAIL: 7939 3325 1536**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:     *Notice of Appeal to U.S. Court of Appeals for the Federal Circuit*
         *U.S. Patent Application No. 11/145,716; Appeal 2011-013161; TC 1600*

Clerk:

       Enclosed are the following documents for a Notice of Appeal to the U.S. Court of Appeals for the Federal Circuit:

1.    CAFC Form 5 for an Appeal from a decision of the Board of Patent Appeals and Interferences on a Request for Rehearing to the Federal Circuit, provided in duplicate, for return of a file stamped copy via the enclosed self-addressed stamped envelope;

2.    A copy of the Notice of Appeal as filed with the Office of the General Counsel and Director of the U.S. Patent and Trademark Office with a Certificate of Service; a

3.    A copy of the Decision on Request for Rehearing; and

4.    Our Firm Check No. **4049**  in the amount of $450 payable to the Court of Appeals for the Federal Circuit for the Appeal filing fees.

       If you have any questions or need anything further, please do not hesitate to contact me, or my assistant, Claudia Alvarado.

Sincerely,

Casey L. Griffith

CLG/csa

Form 5

**FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an AGENCY, BOARD, COMMISSION, OFFICE OR BUREAU.**

## United States Court of Appeals for the Federal Circuit

Kevin P. Eaton
_____,     Petitioner or Appellant,

                                                    v.          **PETITION FOR REVIEW**

David J. Kappos, Director, U.S.
Patent & Trademark Office
_____,     Respondent or Appellee.

_____Kevin P. Eaton_____ (name all parties* bringing the petition or appeal)
hereby petition/appeal the court for review of the _Decision on Request for Rehearing_ (describe
the order or decision and include decision number) of the _Board of Patent Appeals and Interferences_
(name the agency, board, office or bureau) entered on _August 27_ _____2012_
(date). The order or decision was received on _September 4_ _____2012_
(date).

_____
(Signature of petitioner, appellant
or attorney)

Casey L. Griffith
_____
Attorney for Petitioner

(Address and phone number of petitioner,
appellant or attorney)

Klemchuk Kubasta LLP
8150 N Central Expy, 10th
Floor Dallas, TX 75206
Tel: 214-367-6000

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

COPY

DOCKETED ON: 9/2/13

BY: AK



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/145,716 | 06/06/2005 | Kevin P. Eaton | IEATO.0001 | 3770 |

22858          7590          08/27/2012

CARSTENS & CAHOON, LLP
P.O. Box 802334
DALLAS, TX 75380-2334

| EXAMINER |
|---|
| SCHLIENTZ, NATHAN W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/27/2012 | PAPER |

*10/27/12  Fill Notice of Appeal in Court of Appeal for Federal Circuit or Civil Action under 35 USC 145 or 146*

Please find below and/or attached an Office communication concerning this application or proceeding.

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

RECEIVED
9/4/13

)

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

*Ex parte* KEVIN P. EATON

Appeal 2011-013161
Application 11/145,716
Technology Center 1600

Before DEMETRA J. MILLS, LORA M. GREEN, and STEPHEN WALSH,
*Administrative Patent Judges.*

WALSH, *Administrative Patent Judge.*

## DECISION ON REQUEST FOR REHEARING

Appellant requests rehearing of the Decision on Appeal entered June
20, 2012, which affirmed the rejections of all the pending claims on grounds
of anticipation and obviousness.

)                                          )

Appeal 2011-013161
Application 11/145,716

## BACKGROUND

Appellant claims a method of treating psoriasis by administering a vitamin supplement composition "essentially free of anti-oxidants."

The Patent Examiner determined claim 1 anticipated by Jungkeit,[1] claim 11 anticipated by Meredith,[2] claims 1 and 8-10 obvious over Jungkeit and Mantynen,[3] and claims 11 and 14 obvious over Bereston,[4] Plewig,[5] and Mantynen. (Decision 2.) This Board affirmed all the rejections. (*Id.* at 4.)

Appellant requests rehearing of the anticipation rejection of claim 1 over Jungkeit. (Req. Reh'g 4.)

## DISCUSSION

According to Appellant, the claim phrase "essentially free of anti-oxidants" must be interpreted as prohibiting vitamin C from the composition used in the claimed method. (*Id.*) The Examiner had found that Jungkeit treated psoriasis with a composition comprising $B_6$, $B_{12}$, and folic acid in the requisite amounts. Notwithstanding the fact that Jungkeit's composition also comprised 200µg of vitamin C, we affirmed that Jungkeit anticipated claim 1.

The Decision concluded: "the Examiner correctly interpreted the claim terminology 'essentially free of anti-oxidants' according to the

---

[1] Jungkeit, DE 10053155 A1, May 8, 2002.

[2] Meredith, US 7,115,286 B2, issued Oct. 3, 2006.

[3] Mantynen, US 6,107,349, issued Aug. 22, 2000.

[4] Bereston, *Vitamins in Dermatology*, 2 J. CLIN. NUTRI. 133-139 (1954).

[5] Gerd Plewig and Thomas Jansen, Seborrheic Dermatitis 1-17, ch. 126, DERMATOLOGY IN GENERAL MEDICINE, 5th ed. (The McGraw-Hill Companies 1999).

2

)                              )

Appeal 2011-013161
Application 11/145,716

Specification's definition (Ans. 5 and 10-12), and we adopt the Examiner's

reasoning." (Decision 3.)

>    The Specification states:

>    By "essentially free" it is meant that the vitamin
>    composition should not contain an amount of antioxidants
>    which would tend to damage and inactivate some of the vitamin
>    $B_{12}$ and/or folic acid of the vitamin supplement. The presence
>    of lower amounts of antioxidants would not render the vitamin
>    composition of the present invention ineffective or of reduced
>    effectiveness.

(Spec. 4, ll. 6-10.) The Examiner explained that the $200\mu g$ of vitamin C in

Jungkeit's $B_6$, $B_{12}$, and folic acid composition did not damage or inactivate

the $B_{12}$ or folic acid. (Ans. 5.) Because the Specification defined

"essentially free" to allow antioxidants as long as they do not damage or

inactivate the $B_{12}$ or folic acid, we agreed with the Examiner that claim 1

was reasonably interpreted to allow for $200\mu g$ of vitamin C.

>    The Specification addresses vitamin C as follows:

>    In the case of a vitamin supplement compound that is
>    essentially free of antioxidants, among the antioxidants
>    especially to be avoided is added vitamin C, and no
>    antioxidants of any kind should be added to any of the
>    compounds disclosed herein (although such antioxidants may
>    be present during the preparation of such vitamins provided that
>    they are removed afterward, either completely or at least to a
>    level where they have virtually no effect on the vitamin
>    components of the present invention).

(Spec. 6, ll. 1-7.) Like the definition at Spec. 4, quoted above, the guidance

at Spec. 6 directs that if vitamin C or other antioxidants are present during

preparation of the treatment composition, they should be reduced "at least to

a level where they have virtually no effect on the vitamin components of the

3

}                                                    }

Appeal 2011-013161
Application 11/145,716

present invention." Given this instruction, and the evidence that Jungkeit's
composition containing 200µg of vitamin C was effective to treat psoriasis,
we continue to agree with the Examiner that claim 1, interpreted in light of
the Specification, includes the composition Jungkeit described.

## SUMMARY

We have reconsidered the anticipation rejection over Jungkeit as
requested, but deny the requested relief.

No time period for taking any subsequent action in connection with
this appeal may be extended under 37 C.F.R. § 1.136(a).

## DENIED

cdc

4

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/145,716 | 06/06/2005 | Kevin P. Eaton | AZEAT.0001 | 3770 |

22858        7590        06/20/2012
CARSTENS & CAHOON, LLP
P.O. Box 802334
DALLAS, TX 75380-2334

| EXAMINER |
|---|
| SCHLIENTZ, NATHAN W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/20/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE BOARD OF PATENT APPEALS
AND INTERFERENCES

*Ex parte* KEVIN P. EATON

Appeal 2011-013161
Application 11/145,716
Technology Center 1600

Before DEMETRA J. MILLS, LORA M. GREEN, and
STEPHEN WALSH, *Administrative Patent Judges.*

WALSH, *Administrative Patent Judge.*

## DECISION ON APPEAL

This is an appeal under 35 U.S.C. § 134(a) from the rejection of claims directed to a method of treating psoriasis, which the Patent Examiner rejected the claims for anticipation and obviousness. We have jurisdiction under 35 U.S.C. § 6(b). We affirm.

Appeal 2011-013161
Application 11/145,716

## STATEMENT OF THE CASE

Claims 1, 8-11, and 14 are on appeal. Claim 1 is representative and reads:

1.    A method of treating psoriasis by administering to a person a vitamin supplement composition comprising at least about 25 micrograms to about 2,200 micrograms of folic acid, at least about 25 micrograms to about 2,500 micrograms of vitamin $B_{12}$, and at least about 0.5 milligrams to about 20 milligrams of vitamin $B_6$, wherein said composition is essentially free of anti-oxidants.

The Examiner rejected the claims as follows:

- claim 1 under 35 U.S.C. § 102(b) as anticipated by Jungkeit;[1]

- claim 11 under 35 U.S.C. § 102(e) as anticipated by Meredith;[2]

- claims 1 and 8-10 under 35 U.S.C. § 103(a) as obvious over Jungkeit and Mantynen;[3] and

- claims 11 and 14 under 35 U.S.C. § 103(a) as obvious over Bereston, Plewig,[4] and Mantynen.

## DISCUSSION

*Findings of Fact*

1.    We adopt the Examiner's findings concerning the scope and content of the prior art. (Ans. 5-12.)

---

[1] Erika Jungkeit, DE 10053155 A1, May 8, 2002.

[2] Sarah Meredith, US 7,115,286 B2, effective date July 8, 2003.

[3] Philip R. Mantynen, US 6,107,349, August 22, 2000.

[4] Gerd Plewig et al., Seborrheic Dermatitis 1-17, ch. 126, DERMATOLOGY IN GENERAL MEDICINE, 5th ed. (The McGraw-Hill Companies 1999).

Appeal 2011-013161
Application 11/145,716

*Appellant's Arguments*

Appellant contends that the claims are neither anticipated nor obvious because the prior art described compositions that included the antioxidant vitamin C. (App. Br. 9-10.) However, the Examiner correctly interpreted the claim terminology "essentially free of anti-oxidants" according to the Specification's definition (Ans. 5 and 10-12), and we adopt the Examiner's reasoning.

The Examiner found that Jungkeit evidenced that the B vitamins would effectively treat psoriasis even with vitamin C in the composition (Ans. 5), and Appellant criticizes that finding as speculation (App. Br. 10). We conclude the Examiner's reasoning is sound, and find that the Examiner's evidence shifted the burden to Appellant to prove that the Jungkeit or Meredith composition did not work.

> In patent prosecution the examiner is entitled to reject application claims as anticipated by a prior art patent without conducting an inquiry into whether or not that patent is enabled or whether or not it is the claimed material (as opposed to the unclaimed disclosures) in that patent that are at issue. *In re Sasse*, 629 F.2d 675, 681, 207 USPQ 107, 111 (C.C.P.A.1980) ("[W]hen the PTO cited a disclosure which expressly anticipated the present invention ... the burden was shifted to the applicant. He had to rebut the presumption of the operability of [the prior art patent] by a preponderance of the evidence." (citation omitted)). The applicant, however, can then overcome that rejection by proving that the relevant disclosures of the prior art patent are not enabled. *Id.*

*Amgen Inc. v. Hoechst Marion Roussel, Inc.,* 314 F.3d 1313, 1355 (Fed. Cir. 2003). As Appellant's arguments concerning the obviousness rejections rely on the same argument about "essentially free of anti-oxidants," they are unpersuasive for the same reasons.

3

Appeal 2011-013161
Application 11/145,716

## SUMMARY

We affirm the rejection of claim 1 under 35 U.S.C. § 102(b) as anticipated by Jungkeit.

We affirm the rejection of claim 11 under 35 U.S.C. § 102(e) as anticipated by Meredith.

We affirm the rejection of claims 1 and 8-10 under 35 U.S.C. § 103(a) as obvious over Jungkeit and Mantynen.

We affirm the rejection of claims 11 and 14 under 35 U.S.C. § 103(a) as obvious over Bereston, Plewig, and Mantynen.

No time period for taking any subsequent action in connection with this appeal may be extended under 37 C.F.R. § 1.136(a).

## AFFIRMED

lp

Form PTO 55 (12-80)

## U.S. DEPARTMENT OF COMMERCE
## United States Patent and Trademark Office

December 5, 2012

(Date)

**THIS IS TO CERTIFY** that the annexed is a true copy of the Contents of the Image File Wrapper (IFW) of the patent application identified below, said Contents being a list of the documents comprising the record in the United States Patent and Trademark Office in the matter of:

**The Patent Application of:**

**Applicants: KEVIN P. EATON**

**Serial No. : 11/145,716**

**File Date:   June 6, 2005**

**Invention:   TREATMENT OF DERMATOLOGICAL CONDITIONS**



By authority of the
DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

*Maria L. Fletcher*

*Certifying Officer*

## Prosecution History for Patent Application Serial Number 11/145,716

| Date | History Text |
|---|---|
| 06/06/2005 | Specification, Drawings, Claims, Abstract, Declaration |
| 06/06/2005 | Authorization for Extension of Time (all replies) |
| 02/10/2006 | Information Disclosure Statement |
| 02/07/2007 | Non-Final Rejection |
| 06/07/2007 | Response After Non-Final Rejection |
| 02/07/2008 | Non-Final Action |
| 08/07/2008 | Response After Non-Final Rejection |
| 11/24/2008 | Non-Final Rejection |
| 11/24/2008 | Examiner Interview Summary |
| 05/26/2009 | Response After Non-Final Rejection |
| 08/13/2009 | Non-Final Rejection |
| 02/12/2010 | Response After Non-Final Rejection |
| 05/21/2010 | Final Rejection |
| 10/21/2010 | Extension of Time |
| 10/21/2010 | Notice of Appeal |
| 03/21/2011 | Extension of Time |
| 03/21/2011 | Appeal Brief |
| 06/08/2011 | Examiner's Answer to Appeal Brief |
| 09/14/2011 | Appeal Docketing Notice |
| 06/20/2012 | Patent Board Decision – Examiner Affirmed |
| 08/20/2012 | Request for Rehearing of Patent Board Decision |
| 08/27/2012 | Decision on Reconsideration – Denied |
| 10/26/2012 | Appeal to CAFC |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the NOTICE

FORWARDING CERTIFIED LIST has been served on counsel for this 5th day of

December, 2012 as follows:

Casey L. Griffith
Klemchuk Kubasta LLP
8150 N Central Expressway, 10th Floor
Dallas, TX 75206

By: Macia L. Fletcher

**Macia L. Fletcher**
Paralegal Specialist

Form 5

FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an AGENCY, BOARD, COMMISSION, OFFICE OR BUREAU.

United States Court of Appeals
for the Federal Circuit

## United States Court of Appeals for the Federal Circuit

Kevin P. Eaton
_____,  Petitioner or Appellant,

David J. Kappos, Director, U.S.                 v.         **PETITION FOR REVIEW**
Patent & Trademark Office
_____,  Respondent or Appellee.


        Kevin P. Eaton
_____ (name all parties* bringing the petition or appeal)
hereby petition/appeal the court for review of the Decision on Request for Rehearing   (describe
the order or decision and include decision number) of the Board of Patent Appeals and Interferences
(name the agency, board, office or bureau) entered on   August 27            2012
(date). The order or decision was received on September 4            2012
(date).

(Signature of petitioner, appellant
or attorney)

Casey L. Griffith
Attorney for Petitioner

(Address and phone number of petitioner,
appellant or attorney

Klemchuk Kubasta LLP
8150 N Central Expy, 10th
Floor Dallas, TX 75206
Tel: 214-367-6000

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.

113

**KK** KLEMCHUK KUBASTA LLP
INTELLECTUAL PROPERTY ATTORNEYS

Casey L. Griffith
214.367.6000 tel
214.367.6001 fax
casey.griffith@kk-llp.com

October 26, 2012



VIA FEDERAL EXPRESS MAIL: 7939 3325 1536

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:     *Notice of Appeal to U.S. Court of Appeals for the Federal Circuit*
        *U.S. Patent Application No. 11/145,716; Appeal 2011-013161; TC 1600*

Clerk:

        Enclosed are the following documents for a Notice of Appeal to the U.S. Court of Appeals for the Federal Circuit:

1.      CAFC Form 5 for an Appeal from a decision of the Board of Patent Appeals and Interferences on a Request for Rehearing to the Federal Circuit, provided in duplicate, for return of a file stamped copy via the enclosed self-addressed stamped envelope;

2.      A copy of the Notice of Appeal as filed with the Office of the General Counsel and Director of the U.S. Patent and Trademark Office with a Certificate of Service; a

3.      A copy of the Decision on Request for Rehearing; and

4.      Our Firm Check No. 4049 in the amount of $450 payable to the Court of Appeals for the Federal Circuit for the Appeal filing fees.

        If you have any questions or need anything further, please do not hesitate to contact me, or my assistant, Claudia Alvarado.

                                        Sincerely,

                                        Casey L. Griffith

CLG/csa